01

02

03

04

05

06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 UNITED STATES OF AMERICA,    )   CASE NO.  CR07-262-MJP
    )
09     Plaintiff,    )
    )
10     v.    )   SUMMARY REPORT OF U.S.
    )   MAGISTRATE JUDGE AS TO
11 CHRIS ROBERT TURNER,    )   ALLEGED VIOLATIONS
    )   OF SUPERVISED RELEASE
12     Defendant.    )
    )

13

14       An initial hearing on supervised release revocation in this case was scheduled before me

15 on June 24, 2008.  The United States was represented by AUSA Sarah Vogel and the defendant

16 by Kenneth Kanev. The proceedings were digitally recorded.

17       Defendant had been sentenced on or about February 15, 2008 by the Honorable Marsha

18 J. Pechman on a charge of Conspiracy to Distribute Methamphetamine and sentenced to one day

19 in custody (time served), 5 years supervised release. (Dkt. 216.)

20       The conditions of supervised release included the standard conditions plus the requirements

21 that defendant participate in substance abuse testing and treatment, be prohibited from consuming

22 alcohol, submit to search, participate in a mental health program, participate in a home

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  confinement program with electronic testing for up to 180 days, provide access to financial

02  information as requested by his probation officer, and complete 200 hours of community service.

03  In an application dated May 28, 2008 (Dkt. 265), U.S. Probation Officer Jerrod Akins

04  alleged the following violation of the conditions of supervised release:

05  1.    Consuming methamphetamine on May 2, 2008, in violation of standard condition

06  No. 7.

07  Defendant was advised in full as to the charge and as to his constitutional rights.

08  Defendant admitted the alleged violation and waived any evidentiary hearing as to whether

09  it occurred. (Dkt. 268.)

10  I therefore recommend the Court find defendant violated his supervised release as alleged,

11  and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

12  set before Judge Pechman.

13  Pending a final determination by the Court, defendant has been released on the conditions

14  of supervision.

15  DATED this 24th day of June, 2008.

16

17  _____
        Mary Alice Theiler
        United States Magistrate Judge

18

19  cc:    District Judge:              Honorable Marsha J. Pechman
           AUSA:                        Sarah Y. Vogel
           Defendant's attorney:        Kenneth E. Kanev
20         Probation officer:           Jerrod Akins

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2