UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>             Plaintiff,                      )<br>                                                    )<br>        v.                                        )<br>                                                    )<br> CHRIS ROBERT TURNER,       )<br>                                                    )<br>             Defendant.                   )<br>_____) | Case No. CR07-262 MJP<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 4, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Sarah Y. Vogel, and defendant was represented by Kenneth E. Kanev. Also present was U.S. Probation Officer Jerrod Akins. The proceedings were digitally recorded.

### CONVICTION AND SENTENCE

Defendant was sentenced on February 15, 2008 by the Honorable Marsha J. Pechman for conspiracy to distribute methamphetamine. He received one day in custody and five years of supervised release with conditions.

///

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

PRESENTLY ALLEGED VIOLATIONS AND
DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated February 10, 2009, Supervising U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 18, 2009 before District Judge Marsha J. Pechman.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 4th day of March, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2